# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RUBEN CORONA; ANA CORONA,           )
                                    )
                  Plaintiffs,       )     Case No.: 2:19-cv-00340-GMN-BNW
        vs.                         )
                                    )     **ORDER**
LOUISE B. MARENCIK, *et al.*        )
                                    )
                  Defendants.       )
                                    )
                                    )
_____ )

On October 29, 2019, the Court entered an Order, (ECF No. 54), dismissing the claims of Plaintiffs Ruben Corona and Ana Corona ("Plaintiffs"). Specifically, the Court dismissed the following claims with prejudice: wrongful foreclosure (in part); and violations of the Truth in Lending Act, 15 U.S.C. §1601 *et seq.* Plaintiffs' remaining claims—for breach of contract, detrimental reliance, "unlawful deception," "civil RICO" concerning violations of the Racketeer Influenced and Corrupt Organizations Act, wrongful foreclosure (in part), slander of title, slander of credit, violation of Nevada's Deceptive Trade Practices Act, and intentional infliction of emotional distress—were dismissed without prejudice. The Court provided Plaintiffs with twenty-one days from the October 29, 2019 Order to amend their claims dismissed without prejudice, if Plaintiffs wished to do so. Moreover, the Court warned that "failure to timely file an amendment will result in dismissal of Plaintiffs' claims with prejudice." (Order 12:12–15, ECF No. 54).

Plaintiffs did not amend their claims within the twenty-one-day window provided by the Court; but they did send a letter. This letter references the instant case, and requests the Court to consider it as a "demand upon [it] to restore immediate possession of our property." (Letter to US District Court Clerk, ECF No. 55). The Court denies this request because Plaintiffs have

not presented viable claims for relief. Indeed, by failing to amend their claims within the Court's previously ordered deadline, Plaintiffs' claims are now dismissed with prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Complaint, (ECF Nos. 1, 8), is **DISMISSED with prejudice** for the reasons stated in the Court's October 29, 2019 Order, (ECF No. 54).

The Clerk of Court shall close the case.

**DATED** this __3__ day of December, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court